JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:21-cv-09849-SB-MAA

SAMANTHA CARTER,

                Plaintiff,

v.

**FINAL JUDGMENT**

FRED LOYA INSURANCE
AGENCY, INC.,

                Defendant.

      For the reasons set forth in the separate order granting Defendant's motion to dismiss entered this day, it is

      ORDERED AND ADJUDGED that Plaintiff Samantha Carter's claims against Defendant Fred Loya Insurance Agency, Inc. are DISMISSED without prejudice for lack of subject-matter jurisdiction.

      This is a Final Judgment.

Dated:  February 21, 2022

                                Stanley Blumenfeld, Jr.
                                United States District Judge